UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JOHN DOE,<br><br>                     Plaintiff,<br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA and MEDICAL COLLEGE OF GEORGIA AT AUGUSTA UNIVERSITY,<br><br>                     Defendants. | Civil Action No.: 4:25-cv-233<br><br>DECLARATION OF KIMBERLY C. LAU IN SUPPORT OF REQUEST FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

I, Kimberly C. Lau, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a principal of the law firm of Offit Kurman, P.A., attorneys for the Plaintiff John Doe.

2. I submit this Declaration in support of Plaintiff's request for a Temporary Restraining Order and Preliminary Injunction.

3. Annexed hereto as **Exhibit A** is a true and correct copy of the Medical College of Georgia at Augusta University's ("AU") Sexual Misconduct Policy.

4. Annexed hereto as **Exhibit B** is a true and correct copy of AU's Code of Conduct.

5. Annexed hereto as **Exhibit C** is a true and correct copy of the Final Investigation Report dated June 26, 2025.

6. Annexed hereto as **Exhibit D** is a true and correct copy of the Hearing Decision dated July 25, 2025.

7. Annexed hereto as **Exhibit E** is a true and correct copy of John's appeal of the Hearing Decision.

8.  Annexed hereto as **Exhibit F** is a true and correct copy of the Appeal Decision dated August 22, 2025.

9.  Annexed hereto as **Exhibit G** is a true and correct copy of John's Presidential Appeal.

10. Annexed hereto as **Exhibit H** is a true and correct copy of the Presidential Appeal Decision dated September 23, 2025.

11. Annexed hereto as **Exhibit I** is a true and correct copy of Julie Kneuker's Facebook profile picture from April 6, 2017.

12. Annexed hereto as **Exhibit J** is a true and correct copy of Julie Kneuker's Facebook profile picture from September 30, 2018.

13. Annexed hereto as **Exhibit K** is a true and correct copy of a photograph that is currently prominently displayed on AU's Title IX Prevention and Education website.

14. Annexed hereto as **Exhibit L** is a true and correct copy of the Stalking Fact Sheet available through AU's Title IX Prevention and Education website.

15. Annexed hereto as **Exhibit M** is a true and correct copy of the doorbell camera video portraying John Doe and Jane Roe leaving the party on March 29, 2025.

16. Annexed hereto as **Exhibit N** is a true and correct copy of a Facebook post made by AU Sexual and Relationship Violence Awareness on April 23, 2020.

17. Annexed hereto as **Exhibit O** is a true and correct copy of a Facebook post made by AU Sexual and Relationship Violence Awareness on April 19, 2021.

18. Annexed hereto as **Exhibit P** is a true and correct copy of a Facebook post made by AU Sexual and Relationship Violence Awareness on October 2, 2018.

19. Annexed hereto as **Exhibit Q** is a true and correct copy of a Facebook post made by AU Sexual and Relationship Violence Awareness on July 9, 2018.

20. Annexed hereto as **Exhibit R** is a true and correct copy of a Facebook post made by AU Sexual and Relationship Violence Awareness on February 19, 2018.

21. Annexed hereto as **Exhibit S** is a true and correct copy of a Twitter tweet made by @AUTitleIX on August 15, 2018.

22. I declare under penalty of perjury that the foregoing is true and correct.

WHEREFORE, Plaintiff requests that the Court enter an Order granting Plaintiff's request for a Temporary Restraining Order and Preliminary Injunction.

Dated: New York, New York
October 1, 2025

Kimberly C. Lau (*pro hac vice* pending)