UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JOHN DOE,<br><br>                **Plaintiff,**<br>   v.<br><br>**BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA** and **MEDICAL COLLEGE OF GEORGIA AT AUGUSTA UNIVERSITY,**<br><br>                **Defendants.** | Civil Action No.:  **4:25-cv-233**<br><br>**ORDER** |

Upon Plaintiff's Motion for an Order granting Plaintiff leave to proceed under a pseudonym, and upon review of the Memorandum of Law in support thereof, it is hereby

**ORDERED** that Plaintiff's Motion for Leave to Proceed Under a Pseudonym be **GRANTED**.

DATED:

 

_____
UNITED STATES DISTRICT JUDGE

4933-2790-8459, v. 3