# United States District Court

## *Southern District of Georgia*

John Doe

_____
Plaintiff

**v.**

Board of Regents of the University
System of Georgia and Medical
_____
Defendant

Case No.  **4:25-cv-233-LGW-BWC**

Appearing on behalf of

John Doe
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of ___October_____ , __2025__ .


_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
**\*\*\*\*\***

NAME OF PETITIONER:  Kimberly C. Lau, Esquire
_____

Business Address:  Offit Kurman
_____
Firm/Business Name

590 Madison Avenue, 6th Floor
_____
Street Address

| _____ | New York | NY | 10022 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

| 347.589.8549 | _____ |
|---|---|
| Telephone Number (w/ area code) | Georgia Bar Number |

Email Address:  kimberly.lau@offitkurman.com

# United States District Court

## *Southern District of Georgia*

John Doe
_____

Plaintiff

Case No. __**4:25-cv-233-LGW-BWC**__

ᵛ· Board of Regents of the University
System of Georgia and Medical College
_____

Defendant

Appearing on behalf of : _____

John Doe
_____

(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, ____Kimberly C. Lau, Esquire____ hereby requests permission to appear pro hac vice in the subject case filed in the ____Savannah____ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, ____Southern District of New York____ . *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates ____Thomas A. Withers____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __1st__ day of ____October____ , __2025.__ .

/s/ Kimberly C. Lau
_____

(Signature of *Petitioner*)

### *CONSENT OF DESIGNATED LOCAL COUNSEL*

I, ____Thomas A. Withers____ , designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This __1st__ day of __October__ , __2025__ .

| ____772250____ | ____/s/ Thomas A. Withers____ | |
|---|---|---|
| Georgia Bar Number | Signature of Local Counsel | |
| ____912-447-8400____ | ____Withers Law Firm PC____ | (Law Firm) |
| Business Telephone | ____8 East Liberty Street____ | (Business Address) |
| | ____Savannah, GA 31401____ | (City, State, Zip) |
| | _____ | (Mailing Address) |
| | ____twithers@witherslawfirmpc.com____ | (Email Address) |



## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Kimberly C. Lau

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on *April 23, 2007*, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of New York on October 1, 2025.



Clerk of the Court

CertID-00253123



# Supreme Court of the State of New York
## Appellate Division, First Department

DIANNE T. RENWICK
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

DOUGLAS C. SULLIVAN
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020