# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT of GEORGIA

John E. Triplett Clerk of Court

| Augusta | Brunswick | Savannah |
|---|---|---|
| (912)-650-4020 | (912)-650-4020 | (912)-650-4020 |
| P.O. Box 1130 | P.O. Box 1636 | P.O. Box 8286 |
| Augusta, Georgia 30903 | Brunswick, Georgia 31521 | Savannah, Georgia 31412 |

### NOTICE of FILING DEFICIENCY

To: Thomas A. Withers  
Case: 425-cv-233  
Date: 10/1/2025  
Party: Plaintiff

Your pleading, __#'s 6 & 7: Motions for Leave to Appear Pro Hac Vice__ , was filed on __10/01/25__ , but remains deficient in the area(s) checked below:

[ ☐ ] No actions required (Informative Only)    or    [ ☒ ] Corrective Actions Required

☐ 1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)

☐ 2. Pleading is illegible or otherwise not in compliance with Local Rule 10.1.

☐ 3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)

☐ 4. Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)

☐ 5. Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.

☐ 6. Motion is not in compliance with Local Rules.
   ☐ a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
   ☐ b. No good faith document was submitted. (L.R. 26.5)
   ☐ c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)
   ☐ d. Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)

☐ 7. For Judge Baker or Wood cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.

☐ 8. Counsel should file a separate motion for each relief sought and not file a consolidated motion.

☒ 9. Other:

The Certificate of Good Standing must be from another Federal Court. A list of all cases in which counsel has appeared before this court was not provided. Please use the following when e-filing these documents: "Civil Events" > Other Filings > Notices > Notice of Filing > and link to the motion.

If action is required, after 14 days of noncompliance a notice will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact: __s/ Claudette Robinson 912-280-1379__

Deputy Clerk