IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA; and MEDICAL COLLEGE OF GEORGIA AT AUGUSTA UNIVERSITY,<br><br>    Defendants. | CIVIL ACTION NO.: 4:25-cv-233 |

**O R D E R**

On October 1, 2025, Plaintiff "John Doe"[1] filed a Complaint initiating this case, (doc. 1), along with a "Motion for Temporary Restraining Order and Preliminary Injunction" (the "Motion"), (doc. 4). Plaintiff has requested that the Court schedule a hearing on the Motion, (see docs. 4 & 4-2). A review of the docket, however, indicates that service of process has not been completed upon Defendants. Accordingly, the Court **ORDERS** Plaintiff to serve Defendants with the summons, Complaint, all pending motions, and a copy of this Order no later than October 7, 2025. Defendants' response(s) to the Motion, (doc. 4), must be filed on the Court's docket and served on Plaintiff's counsel on or before October 10, 2025. The Court will hold a hearing on the Motion on **Tuesday, October 14, 2025,** at **9:00 a.m.** in the **Third Floor Courtroom** of the **Savannah Annex Courthouse**, 124 Barnard Street, Savannah, Georgia.

**SO ORDERED**, this 2nd day of October, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff has filed a Motion for Leave to Proceed Under a Pseudonym. (See doc. 5.)