UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER: |
| | ) | 4:25-cv-0233 |
| BOARD OF REGENTS OF THE | ) | |
| UNIVERSITY SYSTEM OF | ) | |
| GEORGIA and MEDICAL | ) | |
| COLLEGE OF GEORGIA AT | ) | |
| AUGUSTA UNVERSITY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

COMES NOW JOHN DOE, Plaintiff herein, and files this Notice of Filing and attaches as Exhibit A, the Certificate of Good Standing and Declaration of attorney Kimberly Lau in support of her Pro Hac Vice Application for Admission. Doc # 6.

This the 8th day of October, 2025.

                                         */s/ Thomas A. Withers*
                                         Thomas A. Withers
                                         Georgia Bar Number: 772250
                                         Attorney for Plaintiff John Doe

8 East Liberty Street
Savannah, Georgia 31401
(912) 447-8400
TWithers@witherslawfirmpc.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER: |
| | ) | 4:25-cv-0233 |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA and MEDICAL COLLEGE OF GEORGIA AT AUGUSTA UNVERSITY, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

This the 8th day of October, 2025.

*/s/ Thomas A. Withers, Esq.*
Thomas A. Withers, Esq.
Georgia Bar Number: 772250
Attorney for Plaintiff John Doe

Withers Law Firm PC
8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
E-Mail: Twithers@witherslawfirmpc.com