# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 4:25-CV-00233-RSB-BWC |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA and MEDICAL COLLEGE OF GEORGIA AT AUGUSTA UNIVERSITY | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **DECLARATION OF DR. NATASHA SAVAGE**

I, Dr. Natasha Savage, declare as follows:

1.

My name is Dr. Natasha Savage. The facts in this declaration are true and correct and are based on my personal knowledge and to the best of my recollection. I am over the age of majority and suffer no civil or legal disability. I give this declaration voluntarily for use in this civil action and for all other legal purposes.

2.

I am a Professor of Pathology at the Medical College of Georgia at Augusta University. I have been on faculty at Augusta University since July of 2012. I serve as the Medical Director of Hematology, Vice Chair of Academic Affairs for

Pathology, and was the prior Program Director of Pathology. In addition, I serve as the Medical College of Georgia's Designated Institutional Official or DIO. In this administrative role, I oversee the graduate medical education programs under the guidelines of the Accreditation Council for Graduate Medical Education.

3.

As the prior Residency Program Director for Pathology and current Academic Vice Chair, I am involved with reviewing resident application materials and conducting resident interviews every year in advance of the selection process known as the Match. As the DIO, I oversee this process for all the residency programs at the Medical College of Georgia.

4.

I have personal knowledge reviewing applications and interviewing job candidates who have had a gap in their medical school training. Our residency programs accept applicants who have gaps and would not necessarily see that as a negative mark on the application. Medical schools provide a standard recommendation letter for their graduating students. Provided the recommendation letter does not state that any gap in training was due to academic performance reasons, i.e. failing one of the United States Medical Licensing step examinations, and the reason causing that gap was felt to be resolved then I would not be concerned with a gap in the applicant's training.

5.

I have read the above and it is true and correct and based on my personal knowledge. As provided by 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __10___ day of October, 2025.

DocuSigned by:

*Natasha Savage*
CF67F525825E498...
DR. NATASHA SAVAGE