UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
CLERKS MINUTES - CIVIL

| | | | |
|---|---|---|---|
| **CASE NO.** | 4:25-cv-233 | **DATE:** | 10-14-2025 |
| **TITLE:** | John Doe v. University System of GA, and Medical College of GA at Augusta University | | |

**HONORABLE R. STAN BAKER**  **COURTROOM DEPUTY CLERK:** Pam Hammock

**COURT REPORTER**: Kelly McKee

| TAPE NO. | SAV-ANX-M | TIME: | 9:30 – 5:30 | TOTAL: | 06:15 |
|---|---|---|---|---|---|
| **ATTORNEY FOR PLAINTIFF** | | **ATTORNEY FOR DEFENDANT** | | | |
| Kimberly Lau | | Katherine Stoff | | University System of GA | |
| Tom Withers | | Bryan Webb | | Medical College of GA at Augusta University | |
| | | Settlemire | | | |

**MOTION HEARING** – for Temporary Restraining Order and Preliminary Injunction, doc. 4

- Court addresses parties as to the Plaintiff's Motion, no TRO issued prior to today's hearing.
- Court invokes the rule of sequestration and addresses the witnesses.
- Court grants the motion at doc. 5 regarding use of pseudonym ("John Doe") for Plaintiff.
- Plaintiff intends to call only John Doe. Oral Motion requesting John Doe's testimony to be sealed.
- Court grants request and seals record of hearing as to Plaintiff's testimony.
- Plaintiff John Doe called. Witness sworn, testimony given. Plaintiff's Exhibit 1 – 4 offered and admitted. Plaintiff's demonstrative exhibit(s) utilized during testimony (not admitted into evidence).
- Cross examination by Defendant.

** Recess (11:10 – 11:25) **

- Defendant on Plaintiff's Exhibit 1 and redactions.
- Defendant calls Morgan Davis. Witness sworn, testimony given.
- Cross examination by Plaintiff.
- Redirect examination by Defendant.

** Recess (1:10 – 2:15) **

- Defendant calls Elizabeth Gray.
- Cross examination by Plaintiff.

- Defendant calls Natasha Savage.
- Cross examination by Plaintiff.
- No further witnesses or evidence.

** Recess (3:05 – 3:25) **

- Argument from Plaintiff.
- Argument from Defendant.
- Argument from Plaintiff.

** Recess (5:00 - 5:25) **

- Court issues findings and ruling on the motion for preliminary injunction. The motion is denied.
- With nothing further from Counsel on the matter, hearing is adjourned.