AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __GEORGIA__

| John Doe | EXHIBIT AND WITNESS LIST |
|---|---|
| v. | |
| University System of Georgia, and Medical College of Georgia at Augusta University | Case Number: 4:25-cv-233 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| R. Stan Baker | K. Lau, T. Withers | K. Stoff, B. Webb, K. Settlemire |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| October 14, 2025 | Kelly McKee | Pam Hammock |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 10-14-25 | | | John Doe |
| 1 | | 10-14-25 | X | w/ obj | Photographs from March 29, 2025 |
| 2 | | 10-14-25 | X | w/out obj | Video of Doorbell Camera (Exhibit M to Lau's Declaration) (Doc. 4-17.) |
| 3 | | 10-14-25 | X | w/out obj | Final Investigation Report (Exhibit C to Lau's Declaration) (Doc. 4-7.) |
| 4 | | 10-14-25 | X | w/out obj | Hearing Decision (Exhibit D to Lau's Declaration) (Doc. 4-8.) |
| | X | 10-14-25 | | | Morgan Davis |
| | X | 10-14-25 | | | Elizabeth Gray |
| | X | 10-14-25 | | | Natasha Savage |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages