IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 4:25-CV-00233-RSB-BWC |
| BOARD OF REGENTS OF THE | ) | |
| UNIVERSITY SYSTEM OF | ) | |
| GEORGIA and MEDICAL | ) | |
| COLLEGE OF GEORGIA AT | ) | |
| AUGUSTA UNIVERSITY | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS
BY KATHERINE POWERS STOFF, KRISTEN LEE SETTLEMIRE
AND BRYAN K. WEBB**

Katherine Powers Stoff, Kristen Lee Settlemire and Bryan K. Webb move to withdraw as counsel for Defendants and notifies all parties, their counsel, and the Court that H. Thomas Shaw of Alexander & Vann, LLP, will continue as counsel for Defendants in the above-styled case. H. Thomas Shaw has been designated a Special Assistant Attorney General for the State of Georgia.

Per Local Rule 83.7, the undersigned have given notice of their intent to withdraw to Defendants by email on October 31, 2025, attached hereto as Exhibit A.

All pleadings, notices, orders, etc. should be served on H. Thomas Shaw. H. Thomas Shaw's contact information is as follows:

1

Alexander & Vann, LLP
411 Gordon Avenue
Thomasville, Georgia 31792
Telephone: (229) 226-2565
tshaw@alexandervann.com

Respectfully submitted, this 14th day of November, 2025.

CHRISTOPER M. CARR   112505
Attorney General

*s/Bryan K. Webb*
BRYAN K. WEBB   743580
Deputy Attorney General

*s/Katherine Powers Stoff*
KATHERINE POWERS STOFF   536807
Senior Assistant Attorney General

*s/Kristen L. Settlemire*
KRISTEN L. SETTLEMIRE   919430
Senior Assistant Attorney General

*Attorneys for Defendants*
Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 458-4336
Telephone: (404) 458-3491
ksettlemire@law.ga.gov
kstoff@law.ga.gov
bwebb@law.ga.gov

2

# CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2025, I caused to be filed the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS BY KATHERINE POWERS STOFF, KRISTEN LEE SETTLEMIRE AND BRYAN K. WEBB** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record.

Tom Withers, Esq.
Withers Law Firm, P.C.
8 East Liberty Street
Savannah, GA 31401

Kimberly Lau, Esq.
Offit Kurman, P.A.
590 Madison Avenue, 6th Floor
New York, NY 10022

*s/Katherine Powers Stoff*
Katherine P. Stoff
Attorney for Defendants

Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 458-3491
Email:  kstoff@law.ga.gov