| | |
|---|---|
| **From:** | Katie Stoff |
| **To:** | Chris Melcher |
| **Cc:** | Bryan Webb; Kristen Settlemire; Tom Shaw |
| **Subject:** | Doe v. Board of Regents of the University System of Georgia et al |
| **Date:** | Friday, October 31, 2025 12:52:00 PM |
| **Attachments:** | image002.png |
| | image003.png |

Good afternoon.  Because our role in the case is over, Kristen, Bryan and I intend to file a notice and withdrawal as attorneys of record in this case.  Tom Shaw will continue as lead attorney moving forward, working with our civil rights section.

Best,

Katie




**Katie Stoff**
**Senior Assistant Attorney General: Section Chief**
**Office of the Attorney General Chris Carr**
**Government Services & Employment**
(404) 458-3491
kstoff@law.ga.gov
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia 30334