UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER: |
| | ) | 4:25-CV-233-RSB-BWC |
| BOARD OF REGENTS OF THE | ) | |
| UNIVERSITY SYSTEM OF GA | ) | |
| And MEDICAL COLLEGE OF | ) | |
| GEORGIA AT AUGUSTA | ) | |
| UNIVERSITY, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE OF ABSENCE

COMES NOW, Thomas A. Withers, as counsel for John Doe, Plaintiff in the above styled proceeding and respectfully requests a leave of absence from the Court pursuant to S.D. Ga. LR 83.9 for January 22, 2026 through and including January 25, 2026, and February 11-12, 2026, for personal leave.

Respectfully submitted, this the 2nd day of December, 2025.

WITHERS LAW FIRM PC

*/s/Thomas A. Withers, Esq.*
Thomas A. Withers, Esq.
Georgia Bar No: 772250
Attorney for Plaintiff John Doe
TWithers@witherslawfirmpc.com

8 East Liberty St.
Savannah, GA 31401
(912) 447-8400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER: |
| | ) | 4:25-CV-233-RSB-BWC |
| BOARD OF REGENTS OF THE | ) | |
| UNIVERSITY SYSTEM OF GA | ) | |
| And MEDICAL COLLEGE OF | ) | |
| GEORGIA AT AUGUSTA | ) | |
| UNIVERSITY, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

This the 2nd day of December, 2025.

                                                   ***/s/ Thomas A. Withers, Esq.***
                                                   Thomas A. Withers, Esq.
                                                   Georgia Bar Number: 772250
                                                   Attorney for Plaintiff John Doe

Withers Law Firm PC
8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
E-Mail: Twithers@witherslawfirmpc.com