**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

|  |  |
|---|---|
| JOHN DOE, | |
| Plaintiff, | CIVIL ACTION NO.: 4:25-cv-233 |
| v. | |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, and MEDICAL COLLEGE OF GEORGIA AT AUGUSTA UNIVERSITY, | |
| Defendants. | |

**<u>SCHEDULING ORDER</u>**

The parties conducted their Federal Rule of Civil Procedure 26(f) conference on November 19, 2025, and filed their Rule 26(f) report on December 3, 2025.  Doc. 27.  The Court now issues this Scheduling Order, in consideration of the parties' report and in accordance with Federal Rule of Civil Procedure 16(b) and the Court's Local Rules.

The deadlines in this Scheduling Order will not be extended except upon a showing of good cause and order of the Court.  Fed. R. Civ. P. 16(b)(4).  The showing of good cause necessary to obtain an extension of any of these deadlines requires a specific showing of what the parties have accomplished to date in discovery, what remains to be accomplished, and why the parties have not been able to meet the Court's deadlines.  Boilerplate assertions such as "the parties have diligently pursued discovery to date, but additional time is necessary" will not suffice to establish good cause.  If any party seeks an extension of these deadlines or the extension of any other deadline in this case (including an extension of a deadline to respond to a motion or file any other pleading), the party should first contact all other parties and determine if

the other parties join in, consent to, or oppose the request for an extension.  All motions for extensions of time must state whether the other parties join in, consent to, or oppose the request for an extension.

| EVENT | DEADLINE |
|---|---|
| All Motions to Amend or Add Parties | December 29, 2025 |
| Written Discovery | February 13, 2026[1] |
| Discovery Depositions of Fact Witnesses | April 30, 2026 |
| Service of Plaintiff's Expert Witness Reports | May 15, 2026 |
| Service of Defendants' Expert Witness Reports | June 15, 2026 |
| Discovery Status Report[2] | July 20, 2026 |
| Discovery Status Conference | July 22, 2026 |
| Discovery Depositions of Expert Witnesses | July 31, 2026 |
| All Civil Motions (Including Daubert Motions; Excluding Motions in Limine) | August 31, 2026 |

**SO ORDERED**, this 18th day of December, 2025.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1]    Written discovery requests shall be served far enough in advance of this deadline to allow timely responses.

[2]    A Post-Discovery Status Report Form for Judge Baker's cases is available on the Court's website www.gasd.uscourts.gov under "forms."  The parties are directed to use the content and format contained in this Form when reporting to the Court.