UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 4:25-CV-00233-RSB-BWC |
| | ) | |
| BOARD OF REGENTS OF THE | ) | |
| UNIVERSITY SYSTEM OF | ) | |
| GEORGIA, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

COME NOW John Doe ("Plaintiff") and the Board of Regents of the University System of Georgia (the "Board of Regents") and the Medical College of Georgia at Augusta University ("MCG"), who are named as defendants in this matter and collectively referred to as "Defendants," and, by and through their undersigned counsel, hereby requests this Honorable Court for an extension of ninety (90) days to complete discovery in this case along with adjusting all deadlines accordingly.  As grounds for this Motion, the Parties state the following:

1.     Plaintiff filed his Verified Complaint in this matter on October 1, 2025, asserting claims pursuant to Title IX of the Education Amendments of 1972 .  (Doc. 1.)

2.     Along with his Verified Complaint, Plaintiff also moved for a temporary restraining order and preliminary injunction.  (Doc. 4.)

3.     Defendants responded to Plaintiff's motion for a temporary restraining order and preliminary injunction on October 10, 2025, and the Court held a hearing on Plaintiff's motion on October 14, 2025.  (Doc. 19; Doc. 20.)

1

4.     After hearing arguments, the Court denied Plaintiff's motion for a temporary restraining order and preliminary injunction at the hearing on October 14, 2025.  (Doc. 20.)

5.     On October 28, 2025, Defendants filed an answer to Plaintiff's Verified Complaint. (Doc. 21.)

6.     After Plaintiff and Defendants (collectively, the "Parties")  conferred and submitted a Rule 26(f) report (Doc. 27), on December 18, 2025, the Court entered a Scheduling Order.  (Doc. 29.)

7.     Pursuant to the Scheduling Order, the following discovery deadlines are currently in force:

- Written discovery was to be completed by February 13, 2026;

- Discovery depositions of fact witnesses should be completed by April 30, 2026;

- Plaintiff should serve expert witness reports by May 15, 2026

- Defendants should serve expert witness reports by June 15, 2026;

- A discovery status report is due July 20, 2026;

- A discovery status conference is scheduled for July 22, 2026;

- Discovery depositions of expert witnesses are to be completed until July 31, 2026;

- *Daubert* and dispositive motions are due August 31, 2026. (Doc. 29)

8.     The Parties exchanged written discovery ahead of the Court's deadline for written discovery; however, Plaintiff's claims and the Parties' discovery requests require the production of voluminous documents and, accordingly, the Parties are still working to produce all requested documents.  Plaintiff has substantially completed his document production.  Defendants anticipate substantially completing their document production by May 8, 2026.

2

9. Further, the Parties are working to schedule depositions of fact witnesses, but scheduling depositions has been delayed because the Parties are working to produce responsive documents in advance of those depositions of fact witnesses. At this time, the Parties anticipate taking the first depositions in this matter in mid-June.

10. In addition, the Parties anticipate that the depositions of fact witnesses may reveal the need for additional document production.

11. Considering the foregoing, the Parties request a 90-day extension of the discovery deadline in this matter.

12. In addition, because the Parties anticipate that depositions may likely reveal the need for additional written discovery, the Parties request that the Court extend the deadlines for written discovery such that it is contiguous with the deadline for the depositions of fact witnesses.

13. The Parties therefore request that the discovery deadlines in this matter be extended as follows:

- Written discovery and depositions of fact witnesses are to be completed by July 29, 2026;

- Plaintiff's expert witness reports should be served by August 13, 2026;

- Defendants' expert witness reports should be served by September 14, 2026;

- A discovery status report would be due October 19, 2026;

- A discovery status conference would be scheduled for October 20, 2026;

- Discovery depositions of expert witnesses would be completed by October 29, 2026;

- *Daubert* and dispositive motions would be submitted by November 30, 2026.

3

14. Said extension request, if granted, will not prejudice the parties or the Court, and the Parties do not anticipate the necessity for additional extensions.

15. This is the Parties' first request for an extension of discovery deadlines in this matter.

WHEREFORE, for the foregoing reasons, the Parties respectfully request this Honorable Court for an extension of ninety (90) days to complete discovery and adjust the remaining deadlines accordingly.

Respectfully submitted,

FOR PLAINTIFF:

Thomas A. Withers
WITHERS LAW FIRM PC
8 East Liberty Street
Savannah, GA 31401
912-447-8400
twithers@witherslawfirmpc.com

Kimberly C. Lau
James E. Figliozzi
OFFIT KURMAN, P.A.
590 Madison Avenue
6th Floor
New York, New York 10022
(212) 545-1900
Kimberly.lau@offitkurman.com
James.figliozzi@offitkurman.com

FOR DEFENDANTS:

Christopher M. Carr          112505
Attorney General

Loretta L. Pinkston-Pope     580385
Deputy Attorney General

William W. Peters            515342
Senior Assistant Attorney General

*/s/ H. Thomas Shaw*
Raleigh W. Rollins          613860
H. Thomas Shaw              596133
ALEXANDER & VANN, LLP
411 Gordon Avenue
Thomasville, GA 31792
tshaw@alexandervann.com
rrollins@alexandervann.com
Special Assistant Attorney General

5

**<u>CERTIFICATE OF SERVICE</u>**

I certify that I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system on May 1, 2026 which will automatically send email notification to all counsel of record.

s/ H. Thomas Shaw_____
H. Thomas Shaw (Ga Bar No. 593166)

6