**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

JOHN DOE,

       Plaintiff,

    v.

BOARD OF REGENTS OF THE
UNIVERSITY SYSTEM OF GEORGIA, et
al.,

       Defendants.

CIVIL ACTION NO.: 4:25-cv-233

## AMENDED SCHEDULING ORDER

The parties filed a Joint Motion for Extension of Time. Doc. 36. The parties explain that written discovery in this case has been voluminous and that, despite diligence, several depositions remain to be taken. Id. at 1–2. The parties therefore request an extension of 90 days to all remaining deadlines. Id. Upon due consideration and for good cause shown, the Court **GRANTS** the parties' request for extension and enters the following new deadlines.

| EVENT | DEADLINE |
|---|---|
| All Fact Discovery | July 29, 2026 |
| Service of Plaintiff's Expert Witness Reports | August 13, 2026 |
| Service of Defendants' Expert Witness Reports | September 14, 2026 |
| Discovery Status Report[1] | October 19, 2026 |

---

[1]     A Post-Discovery Status Report Form for Judge Baker's cases is available on the Court's website www.gasd.uscourts.gov under "forms." The parties are directed to use the content and format contained in this Form when reporting to the Court.

| | |
|---|---|
| Discovery Status Conference | October 21, 2026 |
| Discovery Depositions of Expert Witnesses | October 29, 2026 |
| All Civil Motions (Including <u>Daubert</u> Motions; Excluding Motions in Limine) | November 30, 2026 |

All other deadlines and instructions in the Court's previous Order remain in full force and effect.  Doc. 29.

**SO ORDERED**, this 6th day of May, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2