**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**CLERK'S MINUTES**

---

**CASE NO. 4:25-cv-233** **DATE: 8/4/2026**

**TITLE: John Doe v. Board of Regents of the University System of Georgia**

---

**HONORABLE BENJAMIN W. CHEESBRO** **COURTROOM DEPUTY: Karen J. Mitchell**

**COURT REPORTER: BWK-CHAMBERS** **TIME: 3:00-3:17 pm** **TOTAL: 17 minutes**

---

**PLAINTIFF:**
**John Doe**

**COUNSEL FOR PLAINTIFF:**
**James Figliozzi**
**Tom Withers**

**DEFENDANT:**
**Board of Regents of the University of Georgia**
**Medical College of Georgia at Augusta University**

**COUNSEL FOR DEFENDANT:**
**Henry Thomas Shaw**

**TELEPHONIC STATUS CONFERENCE**

---

Telephonic Status Conference held as a follow-up to the 6/30/2026 status conference.
The Court hears from the parties.
Mr. Figliozzi states that they have not received any additional document since May.
Mr. Shaw states that Defendants will be producing 25,000 documents this week. Defendants have approximately 60,000-70,000 additional documents that need reviewed for responsiveness, privilege, and/or redaction and hope to reduce the number of documents through negotiations with Plaintiff's counsel. Mr. Shaw requested an extension on the discovery deadlines.
The Court will set another status conference call 30 days out; extend the expert disclosure deadline but will reset it after the next status call. The Court will keep the current 10/29/2026 discovery cut off and 11/30/2026 motions deadlines.